No. 38. Schuyler National Bank *v.* Bollong. No. 39. Schuyler National Bank *v.* Bollong. No. 317. Schuyler National Bank *v.* Bollong. Error to the Supreme Court of Nebraska. Argued with No. 518, October 17, 1893. — Decided October 30, 1893. Mr. Chief Justice Fuller : These cases were submitted at the same time with *Schuyler National Bank v. Hector C. Bollong,* just decided, and must be disposed of in the same way.

*Writs of error dismissed.*

Mr. *J. G. Bigelow,* (with whom was Mr. *William Twombly* on the brief,) for plaintiffs in error.

Mr. *C. T. Phelps,* Mr. *J. A. Grimison* and Mr. *C. O. Sabin* filed briefs for defendants in error; but the court did not call upon them.